IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| DEAN KEATING, INDIVIDUALLY AND ON BEHALF OF ALL THOSE SIMILARLY SITUATED;<br>  *Plaintiff*, <br><br>v.<br><br>FLOWCO PRODUCTION SOLUTIONS, LLC,<br>  *Defendant.* | §§§§§§§§§§§§ | MO:20-CV-00122-DC |

# FINAL JUDGMENT

Trial in the above-captioned case began on March 6, 2023. Plaintiff Dean Keating and others similarly situated ("Plaintiffs") appeared and through their attorney announced ready for trial. Defendant Flowco Production Solutions, LLC ("Defendant") appeared and through its attorneys announced ready for trial. The Court had jurisdiction over the subject matter of the action and the parties in the case and a jury was duly selected, sworn, and impaneled.

The jury heard the evidence and arguments of counsel. Plaintiffs and Defendant rested their respective cases on the evening of March 7, 2023, and the Court submitted a charge to the jury containing definitions, instructions, and questions the next morning. The jury returned a unanimous verdict on the questions presented at midday on March 8, 2023, which the Court received, filed, and entered of record. The jury's verdict along with all stipulations of record are incorporated herein by reference.

In light of the jury's verdict, the Court **FINDS** Defendant Flowco Production Solutions, LLC is entitled to final judgment on all claims presented.

It is therefore **ORDERED** that Plaintiffs take nothing by this suit, that the action be dismissed on its merits, and that Defendant Flowco Production Solutions, LLC recover its costs from Plaintiffs.

It is further **ORDERED** that this take nothing judgment in favor of Defendant Flowco Production Solutions, LLC is effective as to all claims filed in this action by Plaintiffs.

It is further **ORDERED** that all costs are charged to Plaintiffs and all relief not specifically granted herein is expressly denied.

It is finally **ORDERED** that this is a final judgment that disposes of all claims and parties and execution shall issue for this judgment as permitted by law.

It is so **ORDERED**.

SIGNED this 9th day of March, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE